IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EUGENE YAZZIE and
PHYLLIS YAZZIE,
on behalf of themselves
and all others similarly situated,

        Plaintiffs,

v.  No. 1:14-cv-00555-JAP-SCY

GURLEY MOTOR CO. and
RED ROCK INVESTMENT CO.,

        Defendants.

## SUPPLEMENTAL EXHIBITS
## TO PLAINTIFFS' OPPOSED MOTION TO COMPEL DEFENDANTS TO RESPOND TO PLAINTIFFS' DISCOVERY AND TO IMPOSE SANCTIONS

Plaintiffs Eugene and Phyllis Yazzie, through their counsel, submit the following supplemental exhibits to their Oppose Motion to Compel Defendants to Respond to Plaintiffs' Discovery and to Impose Sanctions [Doc. 114].

    Exhibit 1: Plaintiffs' Second Set of Discovery to Gurley.

    Exhibit 2: Plaintiffs' Third Set of Discovery to Gurley.

    Exhibit 3: Plaintiffs' Fourth Set of Discovery to Gurley.

    Exhibit 4: Plaintiffs' Second Set of Discovery to Red Rock.

    Exhibit 5: Plaintiffs' Third Set of Discovery to Red Rock.

    Exhibit 6: Plaintiffs' Fourth Set of Discovery to Red Rock.

    Exhibit 7: Plaintiffs' Fifth Set of Discovery to Red Rock.

    Exhibit 8: Plaintiffs' Subpoena to Southwest General Insurance Co.

Respectfully submitted,

*/s/ Nicholas Mattison*
Nicholas Mattison
Richard N. Feferman
Feferman & Warren, Attorneys for Plaintiff
300 Central Ave., SW, Suite 2000 West
Albuquerque, NM 87102
(505) 243-7773

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2015, I filed the foregoing pleading electronically through the Courts's CM/ECF File System, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Mark D Jarmie:mjarmie@jarmielaw.com

*/s/ Nicholas Mattison*
Nicholas Mattison