IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EUGENE YAZZIE and
PHYLLIS YAZZIE,
on behalf of themselves
and all others similarly situated,

        Plaintiffs,

v.                                                                                          No. 1:14-cv-00555-JAP-SCY

GURLEY MOTOR CO. and
RED ROCK INVESTMENT CO.,

        Defendants.

## NOTICE OF ERRATA

Plaintiffs hereby give notice to the Court concerning the Plaintiffs' Brief In Support of Plaintiffs' Opposed Motion for Summary Judgment [Doc. 127], submitted on January 6th, 2016. The version of the Brief in Support submitted to the Court appears to be a low-resolution reproduction.   Plaintiffs attach a more legible copy to this Notice of Errata.

Respectfully submitted,

*/s/Nicholas H.  Mattison*
Nicholas H.  Mattison
Feferman & Warren, Attorneys for Plaintiff's
300 Central Ave., SW, Suite 2000 West
Albuquerque, NM 87102
(505) 243-7773
(5050 243-6663 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2016, I filed the foregoing pleading electronically through the Courts's CM/ECF File System, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Mark D Jarmie: mjarmie@jarmielaw.com

*/s/ Nicholas Mattison*