IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EUGENE YAZZIE and PHYLLIS YAZZIE,
*on behalf of themselves and all others similarly situated*,

    Plaintiffs,

v.                                                                            No. CIV 14-555 JAP/SCY

GURLEY MOTOR CO. and
RED ROCK INVESTMENT CO.,

    Defendants,

**SUMMARY JUDGMENT AS TO LIABILITY**

In accordance with the MEMORANDUM OPINION AND ORDER entered herewith, the Court enters summary judgment against Defendants Gurley Motor Co. and Red Rock Investment Co. in favor of Plaintiffs Eugene Yazzie and Phyllis Yazzie and the class members on their class action claims based on (1) the Truth in Lending Act of 1968 and (2) the New Mexico Uniform Commercial Code.

                                                                               _____
                                                                               SENIOR UNITED STATES DISTRICT JUDGE