IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EUGENE YAZZIE and
PHYLLIS YAZZIE,
on behalf of themselves
and all others similarly situated,

       Plaintiffs,

v.                                                                No. 1:14-cv-00555-JAP-SCY

GURLEY MOTOR CO. and
RED ROCK INVESTMENT CO.,

       Defendants.

## ORDER OF DISMISSAL

On January 16, 2018, Plaintiff Phyllis Yazzie filed a motion, on her own behalf and on behalf of all class members, to dismiss this matter with prejudice. *See* MOTION TO DISMISS WITH PREJUDICE (Doc. No. 197). The Court finds that the motion is well-taken and should be granted. THIS MATTER is hereby dismissed with prejudice. The Court retains jurisdiction over the interpretation, enforcement and implementation of both the Settlement Agreement and Final Order.

IT IS SO ORDERED.

_____
Hon. James A. Parker
Senior United States District Judge